BANTA v. BANTA.

In adultery cases, masters should not rely on depositions prepared and brought
to them; but must take down the testimony from the witnesses themselves.
Where parties had been married only about two months, and a bill was then
filed and adultery was deposed to by an ignorant prostitute, a decree
was not granted (although the bill had been taken as confessed.)

BILL for divorce, *a vinculo matrimonii*, on the ground of *March 12,*
adultery. It had been taken as confessed. The master re-    1839.
ported in favor of a divorce ; but the only testimony taken was
a deposition of one Ann Lee. She swore that she knew both *Divorce.*
the parties to this suit; and that the defendant had had con- *Deposition*
nection with her in a house of ill fame. This was all the de- *in master's*
position contained ; and she made her mark to it.              *office.*

The marriage of the complainant and defendant took place
on the ninth day of February, one thousand eight hundred and
thirty-eight : and the bill was filed about the twenty-fourth
day of April in the same year.

The cause now came up on the master's report.

Mr. ———, for the complainant.

THE VICE-CHANCELLOR :—Here is a case of marriage, the
commission of adultery, and bill filed, all within the space of
three months. The only witness to prove the adultery is a
common prostitute, who swears it was committed with her-
self. She says she knows both the parties, complainant and
defendant. Why was she not interrogated, as to how and
when she became acquainted with the complainant, as well as
with the defendant ? There is something extraordinary in this
testimony, coming as it does from such a witness. Besides,
the manner in which the deposition is written, is very suspi-
cious. It appears as if it had been prepared in anticipa-
tion that some female might be found who would be will-
ing to swear to it ; and Ann Lee, being found, her name was
inserted, and she then swore to it before the master ! Such a

practice, if it was adopted in this instance, ought not to be tolerated. The master should take down the examination of the witness himself, as the answers are given to the questions propounded; and not rely upon a deposition previously prepared and brought to him : especially where the witness is illiterate, of no moral character, and of doubtful veracity. As at present advised, upon such testimony as is here presented, I cannot make a decree.